# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNSEALED**

**FILED** SEP 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
SARAH MARSHALL, DEPUTY CLERK

USA,

v.

SARAH MARSHALL,

**WARRANT FOR ARREST**   2155759

Case No: **2:11-CR-00365-KJM *SEALED***

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Sarah Marshall,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Maintaining a Drug-Involved Premises**

in violation of Title **21**   United States Code, Section(s) **853**

| A. Meuleman | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Angella Meuleman | 9/1/11     Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **$NO BAIL**   by   **Magistrate Judge Dale A. Drozd**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 9-1-11 | SA Dennis Hale |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 9/1/11 | /s/ |
| Date of Arrest | Signature of Arresting Officer |