UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 8, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:11-CR-00365-GEB-9 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SARAH MARSHALL , | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SARAH MARSHALL</u>, Case No. <u>2:11-CR-00365-KJM-9</u>, Charge <u>Title 21 USC § 853</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_    Release on Personal Recognizance

✔    Bail Posted in the Sum of $<u>25,000</u>

    ✔    Unsecured Appearance Bond

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond with Surety

    \_\_    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.  Defendant  shall be released the morning of    9/14/11 at 9:00 am to the custody of Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>September 8, 2011</u>  at  <u>3:25</u>  <u>pm</u>  .

By  <u>Dale A. Drozd</u>

Dale A. Drozd
United States Magistrate Judge