1   JOHN BALAZS, Bar No. 157287
    Attorney At Law
2   916 Second Street, Suite F
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    John@Balazslaw.com
4
    Attorney for Defendant
5   Sarah Marshall

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  UNITED STATES OF AMERICA,          )   No. 11-cr-365-GEB
                                        )
13          Plaintiff,                  )   STIPULATION AND ORDER
                                        )   TO CONTINUE MOTION
14      v.                              )   HEARING AND  MODIFY
                                        )   BRIEFING SCHEDULE
15  Aguilar-Madriz et al,               )
                                        )
16          Defendant.                  )   Date:  April 27, 2012
                                        )   Time: 9:00 a.m.
17  _____   )   Hon. Garland E. Burrell, Jr.

18

19          Defendant, Sarah Marshall, by and through her undersigned counsel and the

20  United States, by and through it's undersigned counsel,  jointly stipulate and

21  request that the motion hearing date currently set for April 13, 2012 at 9:00 am be

22  vacated and continued to April 27, 2012 at 9:00 am. The parties further stipulate

23  and request that the due dates for filing an opposition and reply currently set for

24  March 30, 2012 and April 6, 2012, respectively, be vacated and continued to April

25  13, 2012 and April 20, 2012.

26          The parties are engaged in plea negotiations and need additional time to

27  attempt to settle the matter.

28

1

Respectfully submitted,

2

3   DATE: March 28, 2012

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
SARAH MARSHAL

4

5

6

7   DATE: March 28, 2012

BENJAMIN B. WAGNER
United States Attorney

8

9

/s/Daniel McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

10

11

12                            **ORDER**

13        IT IS SO ORDERED.  The Motion Hearing, as to defendant Marshall, that

14   is currently set for April 13, 2012 at 9:00 am is vacated and continued to April 27,

15   2012 at 9:00.  It is further ordered that the due dates to file an opposition and reply

16   are continued to April 13, 2012 and April 20, 2012 respectively.

17   Dated:  March 29, 2012

18

19

_____
GARLAND E. BURRELL, JR.
United States District Judge

20

21

22

23

24

25

26

27

28